UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LANDMARK AMERICAN INSURANCE
COMPANY,

                       Plaintiffs,         **ORDER**
                                              CV 09-5271 (DRH)(ARL)

      -against-

THE DIZZY LIZARD, INC., d/b/a THE DIZZY
LIZARD and ERIK JAEGER,

                       Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the plaintiff's letter application dated January 25, 2011, requesting leave to submit certain invoices in support of its claim for damages for *in camera* review. The invoices were generated by defendant Dizzy Lizard, Inc's defense counsel in the *Erik Jaeger v. Steven Jones, Jr. et al.,* matter and may be protected by privilege in that action. The defendants do not oppose plaintiff's request, but instead assert that plaintiff's counsel is making a new application for an award of defense costs for the brief time they represented Dizzy Lizzard and suggest that it would be helpful to conduct depositions.

      Plaintiff's motion for leave to submit the invoices for *in camera* review is granted, and defendants suggestion to conduct depositions is denied at this time.

Dated:  Central Islip, New York                              **SO ORDERED:**
         February 7, 2011

                                                            _____/s/_____
                                                             ARLENE ROSARIO LINDSAY
                                                             United States Magistrate Judge