UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LANDMARK AMERICAN INSURANCE
COMPANY,

                      Plaintiffs,           **ORDER**
                                                             CV 09-5271 (DRH)(ARL)

     -against-

THE DIZZY LIZARD, INC., d/b/a THE DIZZY
LIZARD and ERIK JAEGER,

                      Defendants.
---------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is counsel for defendant Erik Jaeger's application dated February 14, 2011, informing the court that he has not received plaintiff's memorandum of law, the affidavit of Kevin O'Connor in support of its claim for damages or the invoices generated by defendant Dizzy Lizard, Inc's defense counsel in the *Erik Jaeger v. Steven Jones, Jr. et al.* Counsel requests that all parties be directed to appear for a deposition or for a conference with the court.

      By Order dated February 7, 2011, this court granted plaintiff's motion for leave to submit the invoices for *in camera* review. Plaintiff electronically filed its Memorandum of Law and O'Connor Affidavit in redacted form on February 7, 2011 together with a certificate of service to Mr. Jaeger's counsel. By mail, plaintiff submitted to the court the complete invoices generated by defendant Dizzy Lizard, Inc.'s defense counsel in the underlying *Jaeger* action. Plaintiff is in compliance with this Court's order. The request for a deposition or a conference is denied at this time.

Dated: Central Islip, New York                    **SO ORDERED:**
       March 3, 2011

                                                           _____/s/_____
                                                           ARLENE ROSARIO LINDSAY
                                                           United States Magistrate Judge